UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFIK MAROUN BOUZEID,<br><br>        Petitioner<br><br>v.<br><br>STEVEN FARQUHARSON, DISTRICT DIRECTOR, U.S. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>        Respondents | Civil Action No.<br>03cv12268-JLT |

### RESPONDENT'S EX TEMPORE REPRESENTATION OF NON-DEPORTATION

Respondent[1] has been informed by opposing counsel of the scheduling of an emergency hearing relating to the deportation of the petitioner. However, the undersigned has conferred with petitioner's attorney, Stephen A. Lagana, and informed him that for practical reasons petitioner's deportation order cannot be executed any earlier than at least one month from today. In light of this fact, attorney Lagana has assented to the cancellation of the emergency hearing scheduled for 3:00 p.m. on November 17, 2003, and the Clerk of Court has been so informed.

---

[1] Former INS District Director Steven Farquharson is no longer employed by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), but has taken a different position with the Bureau of Citizenship and Immigration Services ("BCIS"). As of a DHS restructuring effective June 9, 2003, it is understood at present that the responsive successor official of the Department of Homeland Security in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement in Boston, Massachusetts.

Respondent therefore represents to this Court that it will not execute the deportation order against petitioner any earlier than December 18, 2003, and in addition will also provide the Court with at least 48 hours (two business days) advance notice of any scheduled deportation.

Unless otherwise directed by the Court, respondent will proceed in this case by filing a response to the action in the normal course.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By: _____
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on November 17, 2003.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114