UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFIK BOUZEID,            ) | |
|         ) | |
|       Petitioner    ) | |
|         ) | |
| v.             ) | Civil Action No. 03-V-12268-JLT |
|         ) | |
| BRUCE CHADBOURNE,[1]   ) | |
|         ) | |
|       Respondent   ) | |

## RESPONDENT'S MOTION TO DISMISS

Respondent Bruce Chadbourne hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1) and

(6), to dismiss the Petition in its entirety. The grounds for this motion, which include Petitioner's

failure to exhaust his administrative remedies, are set forth more fully in the accompanying

Memorandum of Law filed herewith.

---

[1]    The Immigration and Naturalization Service of the United States Department of Justice was "abolished" by section 471 of the Homeland Security Act of 2002, Pub. L. 107-296, tit. IV, subtits. D, E, F, 116 Stat. 2135, 2192 (Nov. 25, 2002) ("HSA"). Most of the interior enforcement functions of the former INS were transferred to the Department of Homeland Security ("DHS"), Directorate of Border and Transportation Security, Bureau of Immigration and Customs Enforcement. These changes were effective March 1, 2003. HSA section 1512(c) provides that "pending civil actions shall continue notwithstanding the enactment of this Act or the transfer of an agency to the Department, and in such civil actions, proceedings shall be had, appeals taken, and judgments rendered and enforced in the same manner and with the same effect as if such enactment or transfer had not occurred." In addition, HSA section 1512(d) provides that "[r]eferences relating to an agency that is transferred to the Department in statutes, executive orders, rules, regulations, directives, or delegations of authority that precede such transfer or the effective date of this act shall be deemed to refer, as appropriate, to the Department, to its officers, employees, or agents, or to its corresponding organizational units or functions." As of a DHS restructuring effective June 9, 2003, it is understood at present that the responsive successor official of the Department of Homeland Security in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement in Boston, Massachusetts.

WHEREFORE, Respondent respectfully requests that the Court allow this motion to dismiss in its entirety.

Respectfully submitted,

BRUCE CHADBOURNE

By his attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3142

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on
1/21/04
Assistant U.S. Attorney